IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SPENCER JERROD BELL,

    Plaintiff,

v.

FELISHA BROWN; FAYE CLIFTON; JANE DOE; JOHN DOE; EMANUEL COUNTY JAIL; EMANUEL COUNTY JAIL MEDICAL DEPARTMENT; MAC LAMB; WAYNE MCKENNY; MAC RINER; and SHERIFF TYSON STEVENS,

    Defendants.

CIVIL ACTION NO.: 6:17-cv-12

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 21), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **DISMISSES** Plaintiff's official capacity claims against all Defendants; all claims against Emanuel County Jail and Emanuel County Jail Medical Department; and all claims against Defendants John Doe and Jane Doe. Additionally, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Eighth Amendment deliberate indifference to medical needs claims pertaining to Plaintiff's gastrointestinal illness.

However, Plaintiff has plausibly stated claims that Defendants Mac Lamb, Wayne McKenny, and Mac Riner used excessive force against him in violation of the Eighth Amendment. He also plausibly alleged that Defendants Lamb, Riner, Felisha Brown, Faye

Clifton, and Sheriff Tyson Stevens violated his Eighth Amendment rights by disregarding his serious medical needs. Those claims shall proceed.

**SO ORDERED**, this 8th day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA