# United States District Court
## Southern District of Georgia

SPENCER JEROD BELL,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:17-cv-12

MATT LAMB; SHERIFF TYSON STEPHENS; DEWAYNE MCKINNEY; MATT RINER; FELICIA BROWN; FAYE CLAYTON,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's order dated April 8, 2020, adopting the Report and Recommendation of the U.S. Magistrate as the opinion of this Court, judgment is hereby entered granting Defendants' Motion for summary judgment and denying Plaintiff's in forma pauperis status on appeal. This case stands closed.

Approved by: _____

April 14, 2020
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*